
FILED
NOV 09 2016
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-15-21-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| GEORGE CHAD DEPUTEE, | |
| Defendant. | |

Upon Defendant's Motion to File Document Under Seal (Doc. 143), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's evaluation is filed under seal. This document should only be viewed by the Court, Assistant United States Attorney and defense counsel.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 8th day of November, 2016.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1