
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-21-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GEORGE CHAD DEPUTEE, | |
| Defendant. | |

For the reasons stated on the record on November 30, 2016,

IT IS HEREBY ORDERED that the Defendant's Motion to Withdraw as Attorneys of Record and Appointment of CJA Panel Attorney (Doc. 150), is **DENIED**.

DATED this 30th day of November, 2016.

SUSAN P. WATTERS
United States District Judge

1