
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE CHAD DEPUTEE,<br><br>Defendant. | CR 15-21-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion to Vacate Restitution Hearing (Doc. 161), and for good cause being shown,

IT IS HEREBY ORDERED that the restitution hearing set for Thursday, January 5, 2017 at 9:30 a.m. is **VACATED.**

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this _19th_ day of December, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1